# UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF TENNESSEE KNOXVILLE DIVISION

## IN RE:
## SUSAN CLEAR DUNAWAY Debtor.
## CASE NO. 3:21-bk-30226-SHB )

## CHAPTER 7

### EX PARTE MOTION TO CONTINUE RULE 2004 EXAMINATION OF RAMIE ROBERTS AND FOR PRODUCTION OF DOCUMENTS

COMES NOW Ramie Roberts (AKA: Ramie Freeman, Ramie Peters, Ramie Marston) as a requested party to an exam request and moves for a continuance of an order that was granted and pursuant to Federal Rule of Bankruptcy Procedure 2004 directing (a) the appearance of RAMIE PETERS (AKA RAMIE FREEMAN, ROBBI FREEMAN, RAMIE MARSTON, ROBBI MARSTON, ROBBI GOLDMAN, ROBBI SIPLAK, ROBBI STABLER, RAMIE BROWN, RAMIE FREEMAN-PETERS) for an examination regarding matters relating to the administration of this Chapter 7 case and the Debtor's assets and liabilities, and (b) the production of documents sought pursuant to Federal Rules of Bankruptcy Procedure 2004 and 9016. In support of this motion, Ramie Roberts represents and alleges as follows:

1. This case was commenced with the filing of a voluntary petition under Chapter 7 of the Bankruptcy Code on February 11, 2021 by Susan Renee Clear Dunaway. (AKA: SUSAN CLEAR, SUSAN STANFILL, SUSAN PIPER, SUSAN PFEIFFER, SUSAN DUNAWAY and SUSAN CLEAR DUNAWAY)

2. The UST has requested to examine me and has claimed I go by all names RAMIE PETERS (AKA RAMIE FREEMAN, ROBBI FREEMAN, RAMIE MARSTON, ROBBI MARSTON, ROBBI. GOLDMAN, ROBBI SIPLAK, ROBBI STABLER, RAMIE BROWN, RAMIE FREEMAN- PETERS). I need to gather all documents relating to and disputing the names listed by the UST.

3. The examination is needed to inquire into matters of the type described in Federal Rule of Bankruptcy Procedure 2004(b), including any matter which may affect the administration of the Debtor's estate and/or the Debtor's right to a discharge. Specifically, the UST seeks to exam RAMIE PETERS (AKA RAMIE FREEMAN, ROBBI FREEMAN, RAMIE MARSTON, ROBBI MARSTON, ROBBI GOLDMAN, ROBBI SIPLAK, ROBBI STABLER, RAMIE BROWN, RAMIE FREEMAN-PETERS) regarding her knowledge and/or possession of assets of the

FILED

JUL 07 2021

U.S. BANKRUPTCY COURT
Knoxville, Tennessee

Debtor. Bankruptcy Rule 2004(c) further provides that the production of documentary evidence may be compelled. See Fed. R. Bankr. P. 2004(c). I, RAMIE ROBERTS, completely agrees to the examination and is willing to cooperate fully with all documents requests and any exam that is needed. Further matters have come to light regarding Debtor, Debtor has misrepresented herself to the UST and all parties who have the right to investigate this case in its entirety. Ramie Roberts and her husband Mark Roberts have been threatened by debtor and her new boyfriend , Kirk Finnetry. Making threats for Ramie and Mark Roberts to accept $90,000 and to "leave town before the hearing". Several further documents are available regarding the debtor and case. Ramie Roberts respectfully requests further time to obtain these documents, texts, emails, and other proof that will facilitate the trustees as well as protect all legal rights of Ramie Roberts.

4. This motion is appropriate for consideration to allow Ramie Roberts to continue to consult with and actually retain counsel as well as handle other legal matters within state court against debtor. Ramie Roberts will comply and even offer further assistance. Mark Roberts would like to make himself available during the 2004 Exam and supply his knowledge relating to his relationship with debtor and debtors finances.

WHEREFORE, Ramie Roberts,  requests that the Bankruptcy Court issue an order of continuance of the 2004 Exam until August 2 or any date after this date that will meet with the schedule of the trustees.

Trustees have a right pursuant to Federal Rule of Bankruptcy Procedure 2004 that directs RAMIE ROBERTS /RAMIE PETERS (AKA RAMIE FREEMAN, ROBBI FREEMAN, RAMIE MARSTON, ROBBI MARSTON, ROBBI GOLDMAN, ROBBI SIPLAK, ROBBI STABLER, RAMIE BROWN, RAMIE FREEMAN-PETERS) (1) to appear for an examination at the Office of the Woolf, McClane, Bright, Allen & Carpenter, PLLC, 900 S. Gay Street, Knoxville, TN 37902 and (2) to produce documents as requested pursuant to Federal Rules of Bankruptcy Procedure 2004(c) and RAMIE ROBERTS entirely will comply, yet, must have additional time.

5. Mrs. Ramie Roberts is not an attorney and is requesting this proposed order with the best respect' and  non hinderance to  the court or trustees.

Respectfully submitted,
Ramie Roberts    *Ramie Roberts*
PO Box 22462    865.985.1880
Knoxville, TN 37933
Roberts.rai@icloud.com

CERTIFICATE OF SERVICE

I certify that on July 6, 2021 a copy of the Ex Parte Motion for Continuance Rule 2004 Examination of RAMIE PETERS (AKA RAMIE FREEMAN, ROBBI FREEMAN, RAMIE MARSTON, ROBBI MARSTON, ROBBI GOLDMAN, ROBBI SIPLAK, ROBBI STABLER, RAMIE BROWN, RAMIE FREEMAN-PETERS) and for Production of Documents, along with the proposed order, was sent by electronic mail through the ECF system to all consenting users and was simultaneously sent by first class mail, postage prepaid to the following parties:

Office of the Woolf, McClane, Bright, Allen & Carpenter, PLLC
, 900 S. Gay Street, Knoxville, TN 37902
Trustee M. Aaron Spencer

Nicholas B. Foster
Trial Attorney, TN BPR 027230 U.S. Department of Justice Office of the U.S. Trustee
31 East 11th Street, 4th Floor Chattanooga, TN 37402
(423) 752-5153 Nick.Foster@usdoj.gov

By: Ramie Roberts
P.O. Box 22462
Knoxville, TN 37933
865. 955. 1880
Roberts.Rai@icloud.com