# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

IN RE:

| | | |
|---|---|---|
| SUSAN CLEAR DUNAWAY | ) | |
| | ) | |
| Debtor. | ) | Case No.: 3:21-bk-30226-SHB |
| | ) | |
| | ) | CHAPTER 7 |

## AMENDED MOTION TO WITHDRAW REPRESENTATION

---

### NOTICE OF HEARING

**Notice is hereby given that:**

**A hearing will be held on the Motion to Withdraw Representation on August 19, 2021 at 9:00 a.m. in Courtroom I-C of the Howard Baker, Jr. United States Courthouse, 800 Market Street, Knoxville, TN 37902.**

<u>**Your rights may be affected**</u>**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

**If you do not want the court to grant the relief requested, you or your attorney must attend this hearing. If you do not attend this hearing, the court may decide that you do not oppose the relief sought in the** <u>**Moton to Withdraw Representation**</u> **and may enter an order granting that relief.**

---

Comes now Devin S. DeVore, attorney for Ramie Roberts, and requests to be relieved as her counsel of record and for good cause shown states as follows:

1. That Ramie Roberts has failed to substantially fulfill an obligation to Counsel regarding his services;

2. That Ramie Roberts has failed to abide by the Contract between her and Counsel;

3. That Counsel can no longer effectively represent Ramie Roberts;

4. Due to Ramie Roberts' failure to substantially fulfill an obligation to counsel, failed to abide by the Contract between her and Counsel, and because Counsel can no longer effectively represent her, it is no longer prudent for Ramie Roberts and Counsel to continue their professional relationship.

WHEREFORE, Counsel for Ramie Roberts prays:

1. That the Court approve the contemporaneously filed Order Withdrawing Representation;

2. That Counsel for Ramie Roberts be relieved as counsel in all matters that she is a party of before this Honorable Court.

RESPECTFULLY submitted this 2nd day of August, 2021.

/s/ Devin S. DeVore
Devin S. DeVore, BPR #032069
McKellar, Easter & DeVore
317 Ebenezer Road
Knoxville, Tennessee 37923
(865) 566-0125
(865) 566-0126 – facsimile
dsd@helpingclients.com

## CERTIFICATE OF SERVICE

      The Undersigned hereby certifies that a true and exact copy of this Amended Motion to Withdraw Representation has been filed electronically this the 2nd day of August, 2021. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic receipt. Parties may access this filing through the Court's electronic filing system. A copy of this Notice is also being mailed first class, postage prepaid, or electronically mailed to the following parties:

Susan Clear Dunaway
5109 Papermill Dr.
Knoxville, TN 37909

M. Aaron Spencer
Chapter 7 Trustee
P. O. Box 900
Knoxville, TN 37901
aspencer@wmbac.com

Nicholas B. Foster
Office of the U. S. Trustee
Historic U. S. Courthouse
31 East 11th Street
Chattanooga, TN 37402
nick.foster@usdoj.gov

Ramie Roberts
P.O. Box 22462
Knoxville, TN 37933
roberts.rai@icloud.com

This the 2nd day of August, 2021.

                                                /s/ Devin S. DeVore
                                                  Devin S. DeVore