United Bankruptcy Court of Eastern Tennessee

Debtor: Susan Clear Dunaway
Aka: Susan Renee Clear Dunaway
Aka: Susan Renee Stanfill, Pfeiffer, Piper Dunaway

Case: 3:21 – BK 30226 SHB
Chapter 7

Trustee: M. Aaron Spencer
Trial Attorney: Nick Foster

Objection to Susan Dunaway's Motion filed 7/29/2021 Doc 202 .

Objection to her extension of time needed.

Objection to the Statements and Claims Made

Comes now Mark Roberts, pro se, and requests to be included in the hearing regarding the filing made by Ms. Dunaway (doc 202) and the Order made by the Honorable Judge Bauknight for a hearing on August 19, 2021.

Statements filed by Debtor Mrs. Susan Renee Clear Stanfill Pfeiffer Piper Dunaway, et al, are false and misleading.

Debtor not only went on record several times via 341 hearings, and contempt hearings before this Honorable Court,  5 months of filings, hearings, notices, mail and/or orders, that she suddenly does not know her own bankruptcy petition? These claims are false. Per her own filing, Doc 202, the court can witness the manipulative victimization game and the blaming of others that Debtor plays so well.

My wife has done everything she can to assist the court regarding this matter.

Does the Debtor truly believe if she apologizes to the court after repeatedly lying to them, under oath on recording, then blaming others, pretending to be victimized, and apparently has had some sort of unknown amnesia that these adversary proceedings will all go away?

FILED

AUG 1 2 2021

U.S. BANKRUPTCY COURT
Knoxville, Tennessee

I have several pieces of evidence that I will show. Especially her behavior prior to ever meeting myself or my wife.

Several witnesses can attest to the facts at hand and of her behavior, her lifestyle, her relations, her money spent, her rehab, her sons rehab, her known associates. Her credit card debts, her previous pay day loans, her pawning things, her son pawning things. All of these events occurred prior to meeting myself or my wife. Her extensive poor driving record, her vehicle accidents, her late sons robbery charges, his dui, his restriction on not being allowed to see the children unsupervised. Therefore, Debtor had to pay for, assist, and be responsible for her late son and his children, child support, bills, pay day loans, Etc. It is extremely unfair that Debtor has forgotten 60 years of her life prior to meeting my wife and I. It is unfair that previous bankruptcy filings and court cases have gone unmentioned by Debtor. Debtor uses people and expects them to work for her, moving her, transporting her, handling her issues; when the advisement of her over spending and lack of funds takes over she then blames, plays the victim and uses the system. She refused several jobs and claimed unemployment fraudulently and illegally because she did not want to work. Her motive in life has been to have a man take care of her and rescue her from herself.

Her last ex husband David Dunaway filed several documents in other courts, as well as sent emails stating that Debtor and her son were trying to kill him, with the assistance of Johnny Dunaway, David Dunaway's own brother. With whom Susan has kept in contact with for years.

Johnny Dunaway met with Debtor and her Attorney Paul Dillard along with myself. Johnny Dunaway has always assisted Debtor with all of her legal woes and advised her consistently. She uses Johnny Dunaway and his wife Margo Dunaway anytime she wants or needs something.

I have personally witnessed Debtor and her late son Daniel contemplating many ways to harm David Dunaway and his new wife Deborah. Debtor is never happy with life, she is one of the most ungrateful people, Her focus is on dining out, beauty treatments, the next relationship/man, among other things.

My wife would never give an Emerald ring to Carole Conard. Why would she ? This transaction was the same as when Susan deposited her son Daniel Stanfill's social security check into Carole Conard's account and then both of them blamed My wife. Who was no where around ! My wife had nothing to do with it! Aside from all of this,

why did it take months before Debtor even mentioned the emerald ring ? My wife did not even know what it looked like. How ironic that Susan claimed an emerald ring was missing, yet never divulged the asset to the trustee or the court. Aside from this, Debtor lived with Kevin Flemming at 4605 Beaver Ridge Road, Knoxville TN 37931. Debtor knew Mr. Flemming is a stroke victim. His health has continued to decline over the past year as well. He is now in a assisted living home. My wife and I advised Debtor that Mr. Flemming was not a viable option for her to date or to be intimately involved with. The 102 Fitzgerald Street has not been an address used by myself, Mr. Flemming, or my wife. Based upon Debtors legal background and my wife's domestic violence advocacy work and prison reform, Debtor and my wife wanted to create a business. Debtor wanted to honor Mr Flemming. Yet, it became more of pseudo antic with fake email accounts to appear as if Debtor had this boyfriend with a luxury home in Franklin TN. Debtor must appear to have money to all of her friends and family.

In reality, nothing of the kind existed. My wife and I have closed all association with this address, email addresses and business name, et al, to protect an innocent stroke victim.


I would like to personally advise the court – as to why would my wife invite Debtor Susan Dunaway to stay with us - if she had anything to hide?? Due to CoVID several people were struggling. Debtor knew our home prior to moving in. Debtor knew that she herself was not working and had not been earning money for months. Debtor had no problem in spending money without a job or expecting people to pay HER bills. Debtor assumed everyone should cater to her while she played the victim. Debtor knew of the home at  4605 Beaver Ridge Road. Her previous employer Ayers Realty even called Debtor to verify if she knew of a purchase of a Mercedes and a Porsche that were delivered to 4605 Beaver Ridge Road. Because the Owner of Harper's Porsche was contacted by the Owner of Rocky Top Jeep, over a deal gone wrong with a Jeep purchase. Debtor then went into Carmax and purchased a Jeep. Debtor knew about all of this and to state otherwise is wrong. To this date, Debtor and federal officials Drive by our home to see what vehicles we have in our drive.


This statement before the court shows the reasons as to the behavior and the unmitigated gall of Debtor Susan Dunaway.


Https://www.justice.gov/usao-edtn/pr/former-lafollette-attorney-sentenced-federal-tax-offense

Http://www.tneb.uscourts.gov/opinions/stair/10-06-2004%3B_David_and_Susan_Dunaway_03-35002.pdf

Additionally, please review Dave and Susan Dunaway's prior bankruptcy. Look at the mass amount of over spending.

In addition to all of this, thousands of dollars were auctioned off by David Dunaway that Debtor Susan Dunaway was always trying to get. See Rev. Sonny Wilkes and all auction information, auctioning off items under the guise of a non-profit Christian organization.

Debtor sold her Lexus. Debtor  then harassed the man who she sold it to and claimed he still owed her money.

Additionally, her rental lease was up on her own apartment. Again, why was my wife responsible for Debtor Susan Dunaway's rent? Does Debtor claim she didn't know she was responsible for her own rent and expenses. In fact, rent was paid using her late sons life insurance money. Debtor knew this.

We will seek to continue prosecuting Debtor Susan Dunaway via other investigators who are looking into her false claims and lies. She has done this with 4 husbands and boyfriends over the years.

We want the harassment, games, lies and coercion to cease and desist by Debtor Dunaway.

For the record I have every single text from Susan Dunaway from the time I met her until recently.

These texts are filled with constant wants, not needs.
From the time the Debtor opens her eyes to the time she goes to bed , she wants something. Debtors life consists of conjuring things up in her head that she wants, then making phone calls to have people jump to her disposal. Debtor cannot leave her home without stopping at a fast food establishment to self indulge herself or make several stops at clothing stores or boutiques to fulfill her need to shop. Countless pieces of clothing exist in Debtors possession with tags still on them. Debtors schedule consisted of doctors appointments for an ailment and a need for a new prescription, hair appointments, lash extensions, nail and pedicure appointments, spray tans, facials, fillers and then dining out. Constant entertainment. There was never any enjoyment of

Debtor to sit and enjoy time alone, go on walks, watch a movie or value anything that was free. Debtor refused to gain a hobby, take a class, or simply enjoy things that do not revolve around spending money.

I lived with Debtor for a few months. During that time I was often gone. Debtor knew of my involvement over the Holidays 2019 with a woman by the name of Connie. Debtor pleaded with me to stay with her due to her recent divorce, her sons illness and for fear of her being alone. If Debtor assumed I was more than anything –other than a friend and roommate she never conveyed this to me.

There has been no ruse of using Debtor, nor taking anything from her. Debtor is a grown woman, a former business owner, a licensed real estate agent, who worked in a law office for 10 years and was married to an attorney by her own admission for 21 years. Debtor cannot pretend that she knows nothing about her own life and world. Using her late son as an excuse is getting old. Many people have filed for bankruptcy who have lost loved ones during the pandemic. They don't claim to not know anything about their own Chapter 7 petition. Debtor has learned the art of manipulation and as she likes to put it "dumb it down" to appear as if she's helpless.

Debtor is skilled enough to write a check. Hold a bank account. Use a debit card. Use a credit card. Drive a vehicle. Travel. Debtor must cease her false accusations.


Thank you.
Mark Roberts
PO Box 22462
Knoxville TN 37933
615.977.0312

Certificate of Service
I, Mark Roberts, have  mailed and electronically emailed this request to be a part of a hearing that is already scheduled for August 19, 2021 by the Honorable Judge Bauknight to:

Aaron Spencer, Trustee
PO Box 900
Knoxville, TN 37901

Represented by Woolf, McClane, Bright, Allen, & Carpente
900 S Gay Street 9th Floor

Knoxville, TN 37902

Aspencer@wmbac.com

And

US Trustee
Nicholas B Foster
31 E 11th Street
Chattanooga, TN 37402

And

Susan Clear Dunaway
5109 Papermill Road
C/O The House Guy
C/O Kirk Finnetry
Knoxville TN 37902

And

M. Aaron Spencer
M. Aaron Spencer
M. Aaron Spencer
Nicholas B. Foster
Thomas H. Jarvis
United States Trustee


on behalf of Creditor Knoxville TVA Employees Credit Union jrogers@hdclaw.com

kroach@hdclaw.com


on behalf of Trustee M. Aaron Spencer aspencer@wmbac.com

jamurphy@wmbac.com;TN56@ecfcbis.com

aspencer@wmbac.com TN56@ecfcbis.com

**on behalf of Plaintiff M. Aaron Spencer aspencer@wmbac.com**

**jamurphy@wmbac.com;TN56@ecfcbis.com**
**on behalf of U.S. Trustee United States Trustee nick.foster@usdoj.gov**

**on behalf of Creditor Knoxville Housing LLC - 811 East Apartments
thj@painetarwater.com**

**WALTERS FUNERAL HOME 509 EAST CENTRAL AVENUE LAFOLLETTE, TN 37766**

**WORLD FINANCE CORPORAT 104 S MAIN ST STE 400 GREENVILLE, SC 29601**

**TERRY'S PHARMACY
310 EAST CENTRAL AVENUE LAFOLLETTE, TN 37766**

**TITLEMAX TITLE LOANS 8041 KINGSTON PIKE KNOXVILLE, TN 37919**

**TVA BANK
31 MARKET SQUARE KNOXVILLE, TN 37902**

**UT MEDICAL CENTER 1924 ALCOA HIGHWAY KNOXVILLE, TN 37920**

**VANDERBILT HOSPITAL
1211 MEDICAL CENTER DRIVE NASHVILLE, TN 37232**

**PAIN TARWATER
MICHAEL J KING ATTORNEYS AT LAW**

**900 SOUTH GAY STREET
2200
KNOXVILLE, TN 37902**

**PARK WEST HOSPITAL
9352 PARK WEST BOULEVARD KNOXVILLE, TN 37923**

**PAUL DILLARD**

315 COLLEGE STREET MARYVILLE, TN 37804

RAI FREEMAN. * SUSAN DUNAWAY CREATED FALSE ADDRESS and EMAIL
NKA: 102 FITZGERALD STREET FRANKLIN, TN 37064???

REGIONS BANK
2050 PARKWAY OFFICE CIR HOOVER, AL 35244

SYNCB/CARE CREDIT 950 FORRER BLVD KETTERING, OH 45420

GRANT STABLER.
NOT AN ADDRESS KNOWN TO PARTIES !!
102 FITZGERALD STREET FRANKLIN, TN 37064

JANICE FASHIONS 6513 KINGSTON PIKE 106
KNOXVILLE, TN 37919

JPMCB CARD
PO BOX 15298 WILMINGTON, DE 19850

KNOX TVA EMPL CR UN 301 WALL AVE KNOXVILLE, TN 37902

LEXUS OF KNOXVILLE 10315 PARKSIDE DRIVE KNOXVILLE, TN 37922

MARK ROBERTS  ** NEVER MY ADDRESS ***
102 FITZGERALD STREET FRANKLIN, TN 37064

CONN APPLIANCES INC PO BOX 2358 BEAUMONT, TX 27889

CORT FURNITURE
4702 WESTERN AVENUE KNOXVILLE, TN 37921

CREDIT ONE BANK NA PO BOX 98875
LAS VEGAS, NV 89193

DAVID DUNAWAY
116 EAST CUMBERLAND LANE JACKSBORO, TN 37757

DEAN KLETO
9123 CROSS PARK DRIVE 100

KNOXVILLE, TN 37923

DILLARDS
7600 KINGSTON PIKE 300
KNOXVILLE, TN 37919

811 EAST
805 EVOLVE WAY KNOXVILLE, TN 37915

811 EAST APARTMENTS 811 EAST
KNOXVILLE, TN 37915

AARON'S
2605 NORTH BROADWAY KNOXVILLE, TN 37917

ACTI KARE
928 RODERICK ROAD KNOXVILLE, TN 37923

BARCLAYS BANK DELAWARE 125 S WEST ST WILMINGTON, DE 19801

BB&T
PO BOX 1847 WILSON, NC 27894

CARMAX AUTO FINANCE 12800 TUCKAHOE CREEK PKW RICHMOND, VA 23238

CBNA
50 NORTHWEST POINT ROAD ELK GROVE VILLAGE, IL 60007

COMENITY BANK/PTTRYBRN PO BOX 182273
COLUMBUS, OH 43218

COMENITYBANK/TALBOTS PO BOX 182789 COLUMBUS, OH 43218

COMENITYBANK/VICTORIA PO BOX 182789 COLUMBUS, OH 43218

COMMUNITY TRUST BANK 11792 U.S. 25E SCENIC PINEVILLE, KY 40977

I Mark Roberts sent my Objection of Susan Dunaway's filing on 7/29/2021 # 202 via this Certificate of
Service 7/29/2021 US Postage Paid and electronically sent to the following . *ML*  *8/4/21*

**Susan Clear Dunaway**
5109 Papermill Dr.
Knoxville, TN 37909
KNOX-TN
SSN / ITIN: xxx-xx-3909
*aka* **Susan Renee Clear Dunaway**

represented by**Susan Clear Dunaway**
PRO SE

*Trustee*
**M. Aaron Spencer**
P. O. Box 900
Knoxville, TN 37901
865-215-1000

represented by**M. Aaron Spencer**
Woolf, McClane, Bright, Allen & Carpente
900 S. Gay Street, 9th Floor
Knoxville, TN 37902-1810
865-215-1000
Fax : 865-215-1015
Email: aspencer@wmbac.com

*U.S. Trustee*
**United States Trustee**
800 Market Street, Suite 114
Howard H. Baker Jr. U.S. Courthouse
Knoxville, TN 37902represented by**Nicholas B. Foster**
Office of the U. S. Trustee
Historic U. S. Courthouse
31 East 11th Street
Chattanooga, TN 37402
(423) 752-5153
Email: nick.foster@usdoj.gov

<div style="border:1px solid black;">

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

**Notice is hereby given that:**

**Pursuant to E.D. Tenn. LBR 7007-1 the court may consider this matter without further notice or hearing.  If you object to the relief requested in this paper, you must file with the clerk of court at   800 Market St Knox, TN _____
  Knoxville TN  , an objection within ____  __ ___  days from the date this paper was filed and serve a copy on the movant's attorney, _  ____
  _____     Mark Roberts _____ .  If you do not file an objection within the time permitted, the court will consider that you do not oppose the granting of the relief requested in this paper and may grant the relief requested without further notice or hearing.  You may request a hearing in your objection, but the court may decline the request if it determines that a hearing is not required. If a hearing is set by the court, the clerk of court will send you notice of the hearing.**

**<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this proceeding or in the underlying bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

</div>

MOTION OBJECTING TO STATEMENTS MADE BY SUSAN DUNAWAY
IN HER MOTION 7/29/2021 # 202

Comes now, Mark Roberts and I fully object to all statements made and wish for a hearing to
Take place -as the court will allow -on any date avaialble. I OBJECT to her extention request an
All statements she had made in her filing.

Respectfully submitted
Mark Roberts, Debtor of Susan Dunaway
PO Box 22462
Knoxville, TN 37933             8/6/21

Certificate of Service has been sent on 7/29/2
Aaron Spencer, Trustee
Nick Foster, US Trial Attorney
Megan Seliber, US Trial Attorney          30
Susan Dunaway, Debtor
All sent via US Mail Postage paid as well as
Electronically via email .

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Notice is hereby given that:

Pursuant to E.D. Tenn. LBR 7007-1 the court may consider this matter without further notice or hearing.  If you object to the relief requested in this paper, you must file with the clerk of court at ___800 Market St Knox, TN___ [address] _____ ___Knoxville TN___, an objection within _____ days from the date this paper was filed and serve a copy on the movant's attorney, _ ___ _____ _____ ___Mark Roberts_____.  If you do not file an objection within the time permitted, the court will consider that you do not oppose the granting of the relief requested in this paper and may grant the relief requested without further notice or hearing.  You may request a hearing in your objection, but the court may decline the request if it determines that a hearing is not required. If a hearing is set by the court, the clerk of court will send you notice of the hearing.

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this proceeding or in the underlying bankruptcy case.  If you do not have an attorney, you may wish to consult one.

MOTION OBJECTING TO STATEMENTS MADE BY SUSAN DUNAWAY
IN HER MOTION 7/29/2021 # 202

Comes now, Mark Roberts and I fully object to all statements made and wish for a hearing to Take place -as the court will allow -on any date avaialble. I OBJECT to her extention request an All statements she had made in her filing.

Respectfully submitted
Mark Roberts, Debtor of Susan Dunaway
PO Box 22462
Knoxville, TN 37933

Certificate of Service has been sent on 7/29/2
Aaron Spencer, Trustee
Nick Foster, US Trial Attorney
Megan Seliber, US Trial Attorney          30
Susan Dunaway, Debtor
All sent via US Mail Postage paid as well as
Electronically via email .

### NOTICE OF HEARING

**Notice is hereby given that:**

**A hearing will be held on the** _August 19, 2021_
on _____, at _____, in _____,
located at _____.

**Your rights may be affected.** [If the matter is an objection to claim or supplement
to claim, replace the foregoing statement with the following: **Your claim may be
reduced, modified, or eliminated.**] You should read these papers carefully and
discuss them with your attorney, if you have one in this bankruptcy case. If
you do not have an attorney, you may wish to consult one.

**If you do not want the court to grant the relief requested, you or your attorney
must attend this hearing. If you do not attend the hearing, the court may
decide that you do not oppose the relief sought in the** _____
_____ **and may enter an order granting that relief.**